| | |
|---|---|
| BENJAMIN B. WAGNER | |
| United States Attorney | |
| YASIN MOHAMMAD | |
| Assistant U.S. Attorney | |
| 4401 Federal Building | |
| 2500 Tulare St. | |
| Fresno, CA 93721 | |
| (559) 497-4000 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-005 AWI |
| Plaintiff, | **STIPULATION TO SET CHANGE OF PLEA** |
| v. | |
| MIGUEL LOZA, | Date: August 6, 2012 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

Trial in this case is set for September 18, 2012. The pre-trial conference is set for September 4, 2012 and pre-trial motions are due by August 13, 2012. Defense counsel has informed the government that he would like to set this case for a change of plea on August 6, 2012. Defense counsel will provide the government a signed plea agreement on that date.

The Parties hereby stipulate and request that this case be set for a change of plea on August 6, 2012 at 10:00 a.m. All dates and time exclusions should remain in effect until the change of plea is entered in open court.

DATED: August 2, 2012            By: /s/ Yasin Mohammad_____
                                                                  YASIN MOHAMMAD
                                                                  Assistant U.S. Attorney

DATED: August 2, 2012            By: /s/ Jon Renge_____
                                                                  JON RENGE
                                                                  Attorney for Miguel Loza

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-005 AWI |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING CHANGE OF PLEA** |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL LOZA, | ) | |
| | ) | Date: August 6, 2012 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT this case is set for a change of plea on August 6, 2012 at 10:00 a.m. All previously set dates and time exclusions shall remain in effect until the change of plea is entered in open court.

IT IS SO ORDERED.

Dated: August 2, 2012        _____
                             CHIEF UNITED STATES DISTRICT JUDGE